# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **JOHN HART,** | ) |
| **Plaintiff,** | ) |
| v. | ) CIVIL ACTION NO. 5:24-CV-6 (MTT) |
| **ONE SOURCE TECHNOLOGY, LLC,** d/b/a **ASURINT,** | ) |
| **Defendant.** | ) |

## SETTLEMENT ORDER

The Court has been advised by counsel that the above action has been settled.

**IT IS, THEREFORE, ORDERED** that the action be dismissed without prejudice to the right, upon good cause shown within ninety (90) days, to reopen the action if settlement is not consummated. If the action is not reopened, it shall stand dismissed, with prejudice.

**SO ORDERED,** this 23rd day of October 2024.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT