IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOHN HART, | * |
|        Plaintiff, | * |
| v. | Case No.  5:24-cv-00006-MTT |
| | * |
| ONE SOURCE TECHNOLOGY LLC, | |
| | * |
|        Defendant. | |
| _____ | * |

**J U D G M E N T**

    Pursuant to this Court's Order dated October 23, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

    This 23rd day of October, 2024.

                                            David W. Bunt, Clerk

                                            s/ Erin Pettigrew, Deputy Clerk